# IN THE COURT OF APPEALS OF IOWA

No. 20-0341
Filed December 16, 2020

**JOHN H. WHITE,**
 Plaintiff-Appellant,

**vs.**

**CITY OF DUBUQUE BUILDING CODE BOARD OF APPEALS,**
 Defendant-Appellee.

_____

Appeal from the Iowa District Court for Dubuque County, Monica Zrinyi Wittig, Judge.

Property owner appeals a remand order issued in response to his petition for writ of certiorari. **AFFIRMED.**

Stuart G. Hoover, East Dubuque, Illinois, for appellant.

Maureen Quann, Assistant City Attorney, Dubuque, for appellee.

Considered by Doyle, P.J., and Mullins and Greer, JJ.

**MULLINS, Judge.**

John White appeals the remand of the certiorari proceeding he initiated against the City of Dubuque Building Code Board of Appeals (Board) on the basis that the Board failed to follow its own rules and procedures and violated White's due process rights.  The remand was for the purpose of the Board proceeding in compliance with the city code.  We affirm for the reasons stated in our contemporaneously filed decision in *Kopzyck v. City of Dubuque Building Code Board of Appeals*, No. 20-0340, 2020 WL _____, at *__ (Iowa Ct. App. Dec. 16, 2020) ("It is the rule that certiorari proceedings may be remanded where the inferior tribunal has not proceeded according to law and the mistake may be corrected upon a further hearing." (quoting *Watson v. Charlton*, 50 N.W.2d 605, 611 (Iowa 1951))).

**AFFIRMED.**